# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

PAUL EUGENE GILLY,  : No. 24 WM 2015
:
            Petitioner  :
:
:
:
         v.  :
:
:
:
WASHINGTON COUNTY COURT OF  :
COMMON PLEAS, ET AL.,  :
:
            Respondents  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of June, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Petition for Special Relief are **DENIED**.